# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF INDIANA
## HAMMOND DIVISION

| | |
|---|---|
| DAVID ALLEN HANCOCK,<br><br>　　　Plaintiff,<br>v.<br><br>NAVIENT SOLUTIONS, LLC ,<br><br>　　　Defendant. | Case No.  2:17-cv-00313-TLS-JEM<br><br>Honorable Judge Theresa L. Springmann |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED to by and between Plaintiff, DAVID ALLEN HANCOCK, and Defendant, NAVIENT SOLUTIONS, LLC, through their respective counsel, that the above-captioned action is dismissed, with prejudice, against NAVIENT SOLUTIONS, LLC, pursuant to Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees.

Dated: June 10, 2019　　　　　　　　　　　　　　Respectfully Submitted,

**DAVID ALLEN HANCOCK**　　　　　　　　　　**NAVIENT SOLUTIONS, LLC**

/s/ Taxiarchis Hatzidimitriadis　　　　　　　　　/s/ Aliza Malouf (*with consent*)
Taxiarchis Hatzidimitriadis　　　　　　　　　　Aliza Malouf
*Counsel for Plaintiff*　　　　　　　　　　　　　*Counsel for Defendant*
Sulaiman Law Group, LTD　　　　　　　　　　Hunton Andrews Kurth LLP
2500 S. Highland Avenue, Suite 200　　　　　 1445 Ross Avenue, Suite 3700
Lombard, Illinois 60148　　　　　　　　　　　Dallas, TX 75202
Phone: (630) 575-8181　　　　　　　　　　　 Phone: (214) 979-8229
Fax :(630) 575-8188　　　　　　　　　　　　 amalouf@huntonAK.com
thatz@sulaimanlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

s/ Nathan C. Volheim\
Nathan C. Volheim